# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KORTNEY D. LAVEY and RYAN D. LAVEY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | Case No. CIV-19-318-F |
| MUKAND S. SIDHU and 1752720 ALBERTA, INC. d/b/a BSG CARRIER, a foreign corporation, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Before the court is the Motion to Intervene, filed by Krystin Kirkendall (Kirkendall). Doc. no. 21. Kirkendall seeks to intervene in this action as a party-plaintiff pursuant to Rule 24(b), Fed. R. Civ. P. Kirkendall represents her motion is unopposed by plaintiffs and defendants.

Upon review, the court finds the unopposed motion should be granted. The court concludes that intervention should be permitted under Rule 24(b) as Kirkendall "has a claim . . . that shares with the main action a common question of law or fact," her motion is timely filed, and her intervention will not unduly delay or prejudice the adjudication of the original parties' rights. In addition, the court concludes that it may exercise properly exercise supplemental jurisdiction over Kirkendall's complaint as it "involve[s] the . . . intervention of additional parties," *see*, 28 U.S.C. § 1367(a), and its allegations adequately establish "the jurisdictional requirements of section 1332," *see*, 28 U.S.C. § 1367(b).

Accordingly, Krystin Kirkendall's Motion to Intervene, filed November 12, 2019 (doc. no. 21) is **GRANTED**. Krystin Kirkendall shall file her complaint within three business days of the date of this order.

IT IS SO ORDERED this 13th day of November, 2019.

_____<br>
STEPHEN P. FRIOT<br>
UNITED STATES DISTRICT JUDGE

19-0318p004.docx